UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 23-1262-MWF(Ex)**                    Date:  May 01, 2023

Title         **Samuel Martinez v. Transunion, LLC, et al.**

Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on February 20, 2023.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on May 22, 2023.  On March 31, 2023, Plaintiff filed a Notice of Settlement as to Defendant Transunion, LLC. (Docket No. 12)  On April 28, 2023, Defendant Equifax Information Services, LLC filed an Answer to Complaint.  (Docket No. 13).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution as to Defendants Experian Information Solutions, Inc. and the United States Department of Education.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 23, 2023**.

- BY PLAINTIFF:  PROOFS OF SERVICE of Summons and Complaint on Defendants Experian Information Solutions, Inc. and the United States Department of Education.

  AND/OR

- BY DEFENDANTS Experian Information Solutions, Inc. and the United States Department of Education:  RESPONSES TO THE COMPLAINT

  OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-1262-MWF(Ex)**                    Date:  May 01, 2023

Title      **Samuel Martinez v. Transunion, LLC, et al.**

■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have been properly served and have not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MAY 23, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm