JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MARTINEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>TRANSUNION, LLC; et al.,<br><br>      Defendants. | Case No. CV 23-1262-MWF(Ex)<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC [34]** |

Having reviewed the parties' Joint Stipulation of Dismissal with Prejudice as to Equifax Information Services, LLC (Docket No. 34), and for good cause shown, the Court ORDERS that Equifax Information Services, LLC is DISMISSED with prejudice, with each party to bear their respective costs and fees.

**IT IS SO ORDERED.**

Dated: February 2, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge